UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **ERLC, LLC,** § § § § **Plaintiff,** § vs. § § § Case No. 3:22-cv-00285 **HEALTH CARE SERVICE** § **CORPORATION, an Illinois Mutual** § **Legal Reserve Company operating in** § **Texas as BLUE CROSS AND BLUE** § **SHIELD OF TEXAS,** § § **Defendants.** § | |

## STIPULATION OF DISMISSAL

Plaintiff ERLC, LLC and Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company operating in Texas as Blue Cross and Blue Shield of Texas, hereby stipulate to dismissal of the above-referenced lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own fees, costs, and expenses.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Sameer S. Karim*
     Sameer S. Karim
     State Bar No. 24076476
     Federal ID No. 1179590
     Daniel Sternthal
     State Bar No. 24034692
     Pooneh Momeni
     State Bar No. 24098123
     Federal ID No. 2782789

4879-2443-1920v.1
4879-2443-1920v.2

700 Milam Street, Suite 800
Houston, Texas 77002-2806
Tel: (713) 222-1470
Fax: (713) 222-1475
skarim@munsch.com
dsternthal@munsch.com
pmomeni@munsch.com

**ATTORNEYS FOR PLAINTIFF**

And

**REED SMITH LLP**

By: */s/ Martin J. Bishop*
    Martin J. Bishop
    Tex. Bar No. 06269425
    Attorney-in-Charge
    Meredith A. Shippee (pro hac vice pending)
    Reed Smith LLP
    10 South Wacker Drive, Suite 4000
    Chicago, IL 60606
    Tel. (312) 207-1000
    Fax: (312) 207-6400
    mbishop@reedsmith.com
    mshippee@reedsmith.com

    Scott T. Williams
    Tex. Bar No. 00791937
    Reed Smith LLP
    2850 N. Harwood Street, Suite 1500
    Dallas, TX 75201
    Tel. (469) 680-4200
    Fax. (469) 680-4299
    swilliams@reedsmith.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on September 2, 2022, a true and correct copy of the foregoing document was served as follows:

**Via CM/ECF**
Martin J. Bishop
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
mbishop@reedsmith.com

Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
mshippee@reedsmith.com

*/s/ Pooneh Momeni*
Pooneh Momeni