## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **ERLC, LLC,** | § § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| vs. | | |
| | | **Case No. 3:22-cv-00285** |
| **HEALTH CARE SERVICE CORPORATION, an Illinois Mutual Legal Reserve Company operating in Texas as BLUE CROSS AND BLUE SHIELD OF TEXAS,** | | |
| **Defendants.** | | |

## ORDER

Before the Court is Plaintiff ERLC, LLC and Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company operating in Texas as Blue Cross and Blue Shield of Texas's Stipulation of Dismissal (the "*Dismissal*"). Having considered same, the Court grants the Dismissal with prejudice.

Each party shall bear its own fees, costs, and expenses.

Signed on Galveston Island on this ____ day of _____, 2022.

_____
JEFFERY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

4885-3518-1361v.1